# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Agustin-Pineda, Refugio | Docket No. | 0980 2:18CR00174-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Refugio Agustin-Pineda, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of September 2018 under the following conditions:

**Standard Condition No. 1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On January 13, 2019, Refugio Agustin-Pineda violated the conditions of release by being arrested and charged with driving while license suspended, 2nd degree, Othello District Court, docket no. 9Z0192207.

On September 24, 2018, Mr. Agustin met with the probation officer, reviewed the conditions of release, and signed a copy of the conditions indicating that he understood the conditions.

On January 13, 2019, Mr. Agustin was observed by an Othello police officer driving an automobile. As the officer pulled behind the vehicle to check on the registration, the vehicle immediately pulled to the curb without signaling. The officer pulled around the block and saw the defendant running down a sidewalk and then observed the vehicle was left parked. Later officers found the defendant walking back toward the location of the parked car and made contact with him. He was identified by the initial officer as the driver and found to have a suspended driver's license. Mr. Agustin told officers that he drove only for a family emergency to get food. Mr. Agustin was arrested, fingerprinted, photographed, issued a citation, and then released. The probation officer received a copy of the arrest report on January 29, 2019.

Docket no. 9Z0192207 was filed with Othello District Court, Othello, WA, on January 14, 2019. His next hearing is scheduled for February 6, 2019.

The probation officer has addressed this matter with Mr. Agustin. He has committed to complying with the outcome of the Othello District Court and has also committed to not driving again until his license is again valid. It is, therefore, requested that no further action be taken at this time.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

                        I declare under the penalty of perjury that the foregoing is true and correct.

                        Executed on:   January 30, 2019

by   s/Curtis G. Hare

                        Curtis G. Hare
                        U.S. Pretrial Services Officer

---

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

January 31, 2019

Date